LAUGHRIDGE *v.* CITY OF DALTON.

ATKINSON, J. In a suit by a riparian proprietor against a municipal corporation, to enjoin pollution of a stream, the petition as amended alleged, that the city had constructed and put into operation a sewerage system for the disposal of specified foul matters; that the sewage of the city drained into certain septic tanks from which there were drains emptying into a branch that further down passed through plaintiff's land and near her residence; that the waters of the branch became contaminated and emitted foul and poisonous odors and gases that were disagreeable and injurious to health, and rendered plaintiff's residence uninhabitable; "that said sewerage system was not properly constructed, and if it had been . . it would not contaminate said stream; . . said sewage is first emptied into a septic tank and thence into said stream; . . said sewage comes out of said tank into said stream in a highly impure state . . Petitioner does not know how said tank is constructed; . . but if same was constructed for the purpose of purifying the discharge into it, the same fails of its

purpose." *Held*: Construing the petition most strongly against the pleader, it shows upon its face that the cause of complaint was alleged improper construction of the sewerage system; and no specific defect in the system being alleged, there was no error in sustaining the demurrer and dismissing the petition.

*Judgment affirmed. All the Justices concur, except Beck, P. J., and George, J., dissenting.*

No. 1698.   SEPTEMBER 29, 1920.

Equitable petition.   Before Judge Wright.   Whitfield superior court.   October 19, 1919.

*Harris & Harris,* for plaintiff.

*R. H. House* and *Maddox, McCamy & Shumate,* for defendant.

*Judgment affirmed. All the Justices concur.*